AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| Philip Lee Hurd<br>*Plaintiff*<br>v.<br>Equifax Information Services LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:19-cv-00261-DPM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Philip Lee Hurd .

Date: 12/23/2019

*Attorney's signature*

Joseph L. Gentilcore
*Printed name and bar number*

Francis Mailman Soumilas, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
*Address*

jgentilcore@consumerlawfirm.com
*E-mail address*

(215) 735-8600
*Telephone number*

(215) 940-8000
*FAX number*